180204

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ROBERT LUMPKINS, JR., (B-36206)

          Plaintiff,

  v.

CHICAGO POLICE OFFICER SERGEANT SHEETZ, STAR #1292; CHICAGO POLICE OFFICER PEREZ, STAR #16163; CHICAGO POLICE OFFICER CORN, STAR # 12710,

          Defendants.

No. 17 cv 08592

Judge Sara Ellis
Magistrate Judge Schenkier

**Demand For Jury Trial**

## AMENDED COMPLAINT

NOW COMES plaintiff, ROBERT LUMPKINS, JR. (B-36206), by and through his attorneys in this regard, Mark H. Boyle, and DONOHUE BROWN MATHEWSON & SMYTH LLC, and for his First Amended Complaint against the defendants, states as follows:

### JURISDICTION

1. Jurisdiction of this Court is invoked under the provisions of Title 28, United States Code, Section 1331 in that there is a federal question arising under the Constitution of the United States.

### VENUE

2. Venue is proper under the provisions of Title 28, United States Code, Section 139l(b) in that the events giving rise to the claims asserted in this amended complaint occurred within this judicial district.

### THE PARTIES

3. Plaintiff, Robert Lumpkins, Jr. (B-36206) is currently incarcerated in the Lincoln Correctional Center in Lincoln, Illinois.

4. At all relevant times, Defendant Sergeant Sheetz, Star No. 1292, was a police officer acting within the course and scope of his employment, and under the color of Illinois law, based on his position as a law enforcement officer in the Seventh District Police Department, Chicago, Illinois.

5. At all relevant time, Defendant Chicago Police Officer Perez, Star No. 16163, was a police officer acting within the course and scope of his employment, and under the color of Illinois law, based on his position as a law enforcement officer in the Seventh District Police Department, Chicago, Illinois.

6. At all relevant time, Defendant Chicago Police Officer Corn, Star No. 12710, was a police officer acting within the course and scope of his employment, and under the color of Illinois law, based on his position as a law enforcement officer in the Seventh District Police Department, Chicago, Illinois.

## BACKGROUND FACTS

7. On December 21, 2016, on or about 6:30 p.m., the Defendants took Robert Lumpkins, Jr. into custody for suspected criminal trespassing at 62nd Street and Racine, in Chicago, Illinois.

8. At that time, Plaintiff was bleeding profusely from a cut on his lip and was complaining of chest pains.

9. Despite his obvious facial injury and his complaints of chest pains, the herein named defendants did not take Plaintiff to the hospital but instead took Plaintiff to the police station where he was placed in custody.

10. After complaining of chest pains, Plaintiff informed the officers that he had suffered a heart attack in 2007. Instead of transferring Plaintiff to the hospital in light of his

complaints of a serious medical risk, the officers continued to hold Plaintiff and subjected him to an interview with the State's Attorney in an interrogation room.

11. Plaintiff continued to complain about his intensifying chest pains and requested he be taken to a hospital.

12. Despite the Defendants telling the Plaintiff that they had called for an ambulance and that an ambulance was on the way, the Defendants continued to hold the Plaintiff until a shift change at roughly 2:00 a.m.

13. During this time, Plaintiff's lip continued to bleed profusely and the pain in his chest intensified.

14. After the shift change, Plaintiff was then taken to Saint Bernard Hospital where he was evaluated.

## COUNT I – Eighth Amendment Rights Violation

15. Plaintiff, Robert Lumpkins, Jr. restates and incorporates by reference the allegations of paragraphs one (1) through fourteen (14), above.

16. As defined under the Eighth Amendment, a heart attack is a serious medical risk.

17. Defendants Sergeant Sheetz, Officer Perez, and Officer Corn, knew, or reasonably should have known, that a heart attack was and is a serious medical risk.

18. Defendants had a duty to Plaintiff Lumpkins based upon their positions to insure that a person in custody is provided with the necessary medical care to address a serious medical risk.

19. Defendants acted under the color of state law by and through the scope of their employment as officers employed by the Chicago Police Department.

20. Defendants acted with and showed deliberate indifference to Plaintiff Lumpkins' serious medical condition and needs by:

    a. Failing to properly consider Plaintiff Lumpkins' complaints and symptoms and ensure that he was transferred to a hospital for evaluation;

    b. Failing to transfer Plaintiff for prompt treatment of his heart attack symptoms and bleeding; and

    c. Failing to ensure that Plaintiff was provided with the appropriate medical evaluation for his heart symptoms.

21. These aforementioned acts were a substantial departure from accepted police procedure, practice or standards.

22. As a result of the aforementioned Defendants' deliberate indifference to Plaintiff Lumpkins' serious medical needs, these Defendants violated Plaintiff Lumpkins' Eighth Amended Right to be free from cruel and unusual punishment.

23. As a result, Plaintiff Lumpkins suffered, and continues to suffer, injuries of a physical and pecuniary nature, pain and suffering, and humiliation and embarrassment.

**WHEREFORE**, Plaintiff, ROBERT LUMPKINS, JR. (B-36206) demands judgment against the respective defendants, Sergeant Sheetz, Officer Perez, and Officer Corn, with interest for actual and consequential damages, including multiple damages, and attorneys' fees, interest, and costs, which are still accruing, in an amount deemed by judge or jury to be just, fair, and appropriate.

    Respectfully submitted,

    Plaintiff, ROBERT LUMPKINS, JR. (B-36206)

    By:   s/ Mark H. Boyle
         One of His Attorneys

- 5 -

DONOHUE BROWN MATHEWSON & SMYTH LLC
Mark H. Boyle (ARDC #06200934)
140 South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
Service by Email: service@dbmslaw.com
boyle@dbmslaw.com

180204

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT LUMPKINS, JR. (B-36206), <br><br> Plaintiff, <br><br> v. <br><br> CHICAGO POLICE OFFICER SERGEANT SHEETZ, STAR #1292; CHICAGO POLICE OFFICER PEREZ, STAR #16163; CHICAGO POLICE OFFICER CORN, STAR # 12710, <br><br> Defendants. | No. 17 cv 08592 <br><br> Judge Sara L. Ellis |

## JURY TRIAL DEMAND

Plaintiff, Robert Lumpkins, Jr. (B- 36206), hereby demands trial by jury on all issues so triable pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

          Respectfully submitted

          Plaintiff Robert Lumpkins (B-36206)

     By:   s/Mark H. Boyle
           Mark H. Boyle (ARDC 6200934)

DONOHUE BROWN MATHEWSON & SMYTH LLC
Mark H. Boyle
140 South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com
boyle@dbmslaw.com